ALBERTA P. STAHL, TRUSTEE
221 N. Figueroa Street, Suite 1200
Los Angeles, CA  90012
Email:       trusteestahl@earthlink.net
Telephone: (213) 580-7977
Facsimile:  (213) 482-1647

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| In Re: | Case No.: 2:10-59738-AA |
|---|---|
| TOVMASSIAN, GARY | 10597382 |
| | Chapter: 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
| Debtor(s) | |

COUNSEL: Tyson Takeuchi
TO THE ABOVE NAMED DEBTOR(S):

   You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **April 19, 2011** at **2:30 p.m.** at 725 S.FIGUEROA STREET, ROOM 101, LOS ANGELES, CA 90012, for the reason set forth below:

   Your hearing is continued for administrative reasons.

Dated:  April 15, 2011                               /s/ Alberta P. Stahl
                                                                  ALBERTA P. STAHL
                                                                  Chapter 7 Trustee

   I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on April 15, 2011.

                                                                  /s/ Craig Aron
                                                                  Craig Aron